MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
john.battenfeld@morganlewis.com
Brian D. Fahy, Bar No. 266750
Brian.Fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant AMAZON LOGISTICS, INC.
(erroneously sued as AMAZON.COM, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 3:17-cv-3488-MMC<br><br>**JOINT STIPULATION TO CONTINUE THE MARCH 16, 2018 HEARING ON DEFENDANT'S MOTIONS TO DISMISS AND STRIKE TO MARCH 30, 2018, AND EXTEND BY ONE WEEK DEFENDANT'S DEADLINE TO FILE REPLIES IN SUPPORT THEREOF PURSUANT TO LOCAL RULE 6-2; DECLARATION OF BRIAN D. FAHY IN SUPPORT**<br><br>Current hearing date: March 16, 2018<br>Requested hearing date: March 30, 2018<br>Current reply deadline: February 27, 2018<br>Requested reply deadline: March 6, 2018<br><br>[[*Proposed*] *Order filed concurrently herewith*]<br><br>Complaint Filed: April 11, 2017 |

| | |
|---|---|
| 1 | This Stipulation is entered into by and between Plaintiff Jasmine Miller ("Plaintiff") and |
| 2 | Defendant Amazon Logistics, Inc. (erroneously sued as Amazon.com LLC) ("Defendant") |
| 3 | (together as "the Parties"), by and through their respective counsel. |
| 4 | WHEREAS, on January 5, 2018, Plaintiff filed a Second Amended Complaint (*see* Dkt. |
| 5 | #30); |
| 6 | WHEREAS, on February 5, 2018, Defendant filed Motions to Dismiss and Strike the |
| 7 | Second Amended Complaint, which are currently scheduled for a hearing on March 16, 2018 (*see* |
| 8 | Dkt. # 31, 34); |
| 9 | WHEREAS, on February 22, 2018, Plaintiff's counsel requested that Defendant continue |
| 10 | the March 16, 2018 hearing to March 23 or March 30, 2018 to accommodate a pre-planned |
| 11 | family vacation; |
| 12 | WHEREAS, Defendant agreed to Plaintiff's counsel's request and will seek to continue |
| 13 | the March 16, 2018 hearing on its Motions to Dismiss and Strike to March 30, 2018, which |
| 14 | appears to be an available hearing date on the Court's calendar; |
| 15 | WHEREAS, in addition to accommodating Plaintiff's request to continue the March 16, |
| 16 | 2018 hearing date, the Parties have agreed to a request that the Court extend, by one week, |
| 17 | Defendant's deadline to file replies in support of its Motions to Dismiss and Strike, from |
| 18 | February 27, 2017 to March 6, 2018; |
| 19 | WHEREAS, on October 12, 2017, the Parties filed a stipulation to continue the Initial |
| 20 | Case Management Conference and related deadlines (*see* Dkt. # 21), and the Court granted the |
| 21 | stipulation on October 12, 2017 (*see* Dkt. # 22); |
| 22 | WHEREAS, on December 20, 2017, the Parties filed a stipulation to continue the Initial |
| 23 | Case Management Conference and related deadlines (*see* Dkt. #26), and the Court granted the |
| 24 | stipulation on December 22, 2017 (*see* Dkt. # 27); |
| 25 | WHEREAS, this stipulation will not affect the April 27, 2018 Initial Case Management |
| 26 | Conference, as it seeks only a two-week continuance of the March 16, 2018 hearing date to |
| 27 | March 30, 2018, which is still nearly a month before the April 27, 2018 conference; |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:17-cv-3488-MMC

DB2/ 32857409.1

1

JOINT STIPULATION
PURSUANT TO LOCAL RULE 6-2

WHEREAS, this stipulation and request for Court order is made more than 14 days prior to the March 16, 2018 hearing on Defendant's Motions to Dismiss and Strike;

NOW THEREFORE, the Parties respectfully request that the Court continue the hearing date on Defendant's Motions to Dismiss and Strike from March 16, 2018 to March 30, 2018, and extend Defendant's deadline to file its replies in support of its Motions to Dismiss and Strike by one week from February 27, 2018 to March 6, 2018, pursuant to Local Rule 6-2 for the foregoing reasons and the reasons set forth in the Declaration of Brian D. Fahy filed herewith.

Dated: February 23, 2018          MORGAN, LEWIS & BOCKIUS LLP

                                  By      /s/ *Brian D. Fahy*
                                     John S. Battenfeld
                                     Brian D. Fahy
                                     Attorneys for Defendant
                                     AMAZON LOGISTICS, INC.

Dated: February 23, 2018          COHELAN KHOURY & SINGER

                                  By      /s/ *J. Jason Hill*
                                     Michael D. Singer
                                     J. Jason Hill
                                     Attorneys for Plaintiff
                                     JASMINE MILLER

**Attestation Regarding Signatures**

I, Brian D. Fahy, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 23, 2018          MORGAN, LEWIS & BOCKIUS LLP

                                  By      /s/ *Brian D. Fahy*
                                     John S. Battenfeld
                                     Brian D. Fahy
                                     Attorneys for Defendant
                                     AMAZON LOGISTICS, INC.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

Case No. 3:17-cv-3488-MMC

2

JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2

DB2/ 32857409.1

# DECLARATION OF BRIAN D. FAHY

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel for Defendant Amazon Logistics, Inc. ("Amazon") in the above-captioned matter. I am licensed to practice law in the State of California and this Court. I have personal knowledge of the following facts and, if called to testify in this matter, I could and would testify competently to the matters stated herein.

2. I submit this declaration in support of the Parties' stipulation and request, pursuant to Local Rule 6-2, for an order: (a) continuing the March 16, 2018 hearing date on Amazon's motions to dismiss and strike the Second Amended Complaint to March 30, 2018; and (b) extending, by one week, Amazon's deadline to file its replies in support of its motions to dismiss and strike, from February 27, 2018 to March 6, 2018.

3. The Parties request the continuance of the March 16, 2018 hearing date to accommodate a pre-planned family vacation for Plaintiff's counsel. In addition to agreeing to continue the March 16, 2018 hearing date on Amazon's motions to dismiss and strike the Second Amended Complaint, the Parties agreed to a request that the Court extend, by one week, Amazon's deadline to file its replies in support of its motions to dismiss and strike, from February 27, 2018 to March 6, 2018.

4. Previously, the parties stipulated, with the Court's permission, to amend Defendant's deadline to respond to Plaintiff's complaint to 30 days after Plaintiff filed a SAC and then stipulated, again with the Court's approval, to extend the date for the Initial Case Management Conference and related deadlines.

5. The requested modification would not affect the April 27, 2018 initial case management conference.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 23rd day of February, 2018 at Los Angeles, California.

             /s/ *Brian D. Fahy*
             Brian D. Fahy

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

Case No. 3:17-cv-3488-MMC
DB2/ 32857409.1

1

DECLARATION OF BRIAN D. FAHY ISO JOINT STIPULATION PURSUANT TO LOCAL RULE 6-2