UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

An Administration Motion to Have Cases Designated as Related has been filed, requesting a determination as to whether the following cases are related within the meaning of Civil L.R. 3-12:

    **C 17-3488 MMC**    Miller v. Amazon.com, LLC
    **C 18-5222 MMC**    Champion v. Amazon.com LLC, et al.,

On the basis of the material submitted to the Court, as the Judge assigned to the earliest filed case, I find that the cases:

    [   ] **ARE NOT RELATED** as defined by Civil L.R. 3-12(a).

    [ X ] **ARE RELATED** as defined by Civil L.R. 3-12(a).

Pursuant to Civil L.R. 3-12(f)(3), the Clerk of Court is ordered to reassign the later-filed action to the undersigned. The parties are instructed that all future filings in the later-filed action are to bear the initials **MMC** immediately after the case number. Any case management conference in the reassigned case will be rescheduled by the Court. Any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the undersigned; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearances in court, which will be rescheduled by the undersigned.

**DATED**: April 17, 2019

                                                   MAXINE M. CHESNEY
                                                   United States District Judge