**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

[Additional counsel listed on following page]
Counsel for Plaintiff Jasmine Miller

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
john.battenfeld@morganlewis.com
Brian D. Fahy (SBN 266750)
Brian.Fahy@morganlewis.com
Tuyet T. Nguyen (SBN 256431)
tuyet.nguyen@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel: (213) 612-2500/ Fax: (213) 612-2501

Attorneys for Defendant Amazon Logistics, Inc., incorrectly sued as AMAZON.COM, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company;  and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 17-CV-03488-MMC<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO VACATE FEBRUARY 14, 2020 CASE MANAGEMENT CONFERENCE AND STAY CASE PENDING SETTLEMENT; DECLARATION OF J. JASON HILL IN SUPPORT [Civ. Local Rule 6-2]**<br><br>**[PROPOSED ORDER SUBMITTED SEPARATELY HEREWITH]**<br><br>Complaint filed: April 11, 2017<br>Removal date:   June 15, 2017<br>Trial Date:     None set |

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel:   (619) 696-9006
Fax:   (619) 564-6665

Counsel for Plaintiff Jasmine Miller, individually and on behalf of all others similarly situated

This Stipulation is entered into by and between Plaintiff Jasmine Miller ("Plaintiff") and Defendant Amazon Logistics, Inc. (incorrectly sued as Amazon.com LLC) ("Defendant") (together as "the Parties"), by and through their respective counsel, for an Order vacating the February 14, 2020 Case Management Conference and staying this matter pending settlement.

The Parties attended a mediation in San Francisco with Tripper Ortman on September 18, 2019. On October 1, 2019, the Parties reached an agreement in principle to settle this case and are currently meeting and conferring regarding a draft settlement agreement.

As the contemplated settlement encompasses not only the claims in this matter but also claims in a related PAGA action filed by Plaintiff Miller that is pending in Alameda County Superior Court (Case No. RG17856888), the Parties have agreed to amend the complaint in the PAGA action to add the claims herein so that the Alameda Superior Court can process the settlement encompassing the claims in both actions. As such, the Parties would like this action stayed pending the settlement in the PAGA action.

IT IS STIPULATED AND AGREED by the Parties, and the Parties respectfully request the Court vacate the February 14, 2020 Case Management Conference and stay this action for approximately 6 months, to August 7, 2020, at which time the Parties will s statement updating the Court on the status of the settlement pending in the PAGA action.

IT IS SO STIPULATED.

Dated: February 7, 2020                COHELAN KHOURY & SINGER

                                       By  /s/ *J. Jason Hill*
                                           J. Jason Hill
                                       Attorneys for Plaintiff JASMINE MILLER


Dated: February 7, 2020                MORGAN, LEWIS & BOCKIUS LLP

                                       By  /s/ *Tuyet T. Nguyen*
                                           John S. Battenfeld
                                           Brian D. Fahy
                                           Tuyet T. Nguyen
                                       Attorneys for Defendant AMAZON.COM LLC

**Attestation Regarding Signatures**

I, J. Jason Hill, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: February 7, 2020

COHELAN KHOURY & SINGER

By  /s/ *J. Jason Hill*
   J. Jason Hill
Attorneys for Plaintiff JASMINE MILLER

## DECLARATION OF J. JASON HILL

1. I am partner at Cohelan Khoury & Singer, co-counsel for Plaintiff Jasmine Miller ("Plaintiff") in the above-captioned matter. I am licensed to practice law in the State of California and this Court. I have personal knowledge of the following facts and, if called to testify in this matter, I could and would testify competently to the matters stated herein.

2. I submit this declaration pursuant to Local Rule 6-2 in support of the Parties' stipulation and request for an order vacating the February 14, 2020 Case Management Conference and staying this matter for six (6) months.

3. The Parties herein attended a mediation on September 18, 2019. On October 1, 2019, the Parties reached an agreement in principle to settle this case and are currently meeting and conferring regarding a draft settlement agreement.

4. As the contemplated settlement encompasses not only the claims in this matter but also claims in a related PAGA action filed by Plaintiff Miller that is pending in Alameda County Superior Court (Case No. RG17856888), I determined, and Defense counsel agreed, that the most efficient way to process the settlement and conserve judicial resources would be to amend the Complaint in the PAGA action to include the claims herein so that the Alameda Superior Court can process the settlement of the claims in both actions.

5. The Parties have met and conferred and believe that vacating the Case Management Conference and staying this action until the settlement in the PAGA action has been processed will not cause any undue prejudice to either party.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 7th day of February, 2020 at San Diego, California.

                                                   /s/ *J. Jason Hill*
                                                     J. Jason Hill