**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel:    (619) 696-9006
Fax:    (619) 564-6665

**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel:    (619) 595-3001
Fax:    (619) 595-3000

Counsel for Plaintiff Jasmine Miller, individually and on behalf of all others similarly situated

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM, LLC, a Delaware Limited Liability Company;  and DOES 1 through 500, inclusive, <br><br> Defendants. | Case No. 17-CV-03488-MMC <br><br> **CLASS ACTION** <br> **[PROPOSED]** **ORDER CONTINUING FEBRUARY 14, 2020 CASE MANAGEMENT CONFERENCE AND STAYING CASE PENDING SETTLEMENT** <br><br><br> Complaint filed:  April 11, 2017 <br> Removal date:    June 15, 2017 <br> Trial Date:        None set |

1  Based on the Parties' Stipulation for an Order vacating the February 14, 2020 Case
2  Management Conference and Staying this Action pending Settlement, and good cause
3  shown:

4  **IT IS HEREBY ORDERED as follows:**

5  1.  The February 14, 2020 Case Management Conference is hereby vacated.

6  2.  This matter is stayed in its entirety until August 7, 2020.

7  3.  The Parties shall file a Joint Report on or before August 7, 2020 advising the
8  Court of the status of the settlement pending in the PAGA action in the Alameda Superior
   County
9  Court.
   ^

10 **IT IS SO ORDERED.**

11

12 Dated: ___February 7_____, 2020          _Maxine M. Chesney_____

13                                                 Hon. Maxine M. Chesney
14                                                 United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1