| | |
|---|---|
| 1 | **COHELAN KHOURY & SINGER** |
| 2 | Michael D. Singer (SBN 115301) |
|   | msinger@ckslaw.com |
| 3 | J. Jason Hill (SBN 179630) |
| 4 | jhill@ckslaw.com |
|   | 605 C Street, Suite 200 |
| 5 | San Diego, CA 92101 |
| 6 | Tel: (619) 595-3001/Fax: (619) 595-3000 |
| 7 | [Additional counsel listed on following page] |
|   | Counsel for Plaintiff Jasmine Miller |

**IT IS SO ORDERED**
*Maxine M. Chesney*
Judge Maxine M. Chesney

Dated: November 17, 2021

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
john.battenfeld@morganlewis.com
Brian D. Fahy (SBN 266750)
Brian.Fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500/ Fax: (213) 612-2501

Attorneys for Defendant Amazon Logistics, Inc., incorrectly sued as AMAZON.COM, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 17-CV-03488-MMC<br><br>**CLASS ACTION**<br><br>**JOINT REPORT REGARDING STATUS OF PENDING STATE COURT SETTLEMENT**<br><br>Complaint filed: April 11, 2017<br>Removal date: June 15, 2017<br>Trial Date: None set |

1  **LAW OFFICES OF RONALD A. MARRON, APLC**
2  Ronald A. Marron (SBN 175650)
   ron@consumersadvocates.com
3  651 Arroyo Drive
4  San Diego, CA 92103
   Tel:   (619) 696-9006
5  Fax:   (619) 564-6665

6  Counsel for Plaintiff Jasmine Miller, individually and
7  on behalf of all others similarly situated

Pursuant to the Court's June 7, 2021 Order maintaining stay (*see* Dkt No. 100), Plaintiff Jasmine Miller ("Plaintiff") and Defendant Amazon Logistics, Inc. (incorrectly sued as Amazon.com LLC) ("Defendant") (together as "the Parties"), by and through their respective counsel, submit the following Joint Report:

The Parties attended a mediation in San Francisco with Tripper Ortman on September 18, 2019. On October 1, 2019, the Parties reached an agreement in principle to settle this case. As the contemplated settlement encompasses not only the claims in this matter but also claims in a related PAGA action filed by Plaintiff Miller against Defendant that is pending in Alameda County Superior Court (Case No. RG17856888), the Parties agreed to amend the complaint in the Miller PAGA action to add the claims herein so that the Alameda Superior Court can process the settlement encompassing the claims in both actions.

At all times since reaching the Settlement, the Parties have been diligently working in earnest to finalize the terms of the proposed Settlement and the documents in support thereof. In that regard, the Motion for Preliminary Approval of Class and PAGA Action Settlement, with the consolidated complaint encompassing the claims in the PAGA action and the instant class action was filed in the Alameda Superior Court on May 19, 2021. The motion was heard and granted on June 10, 2021. The hearing on the Motion for Final Approval of the Settlement is scheduled for January 6, 2022.

To allow the Alameda Superior Court to rule on the Motion for Final Approval of Class and PAGA Action Settlement, the Parties respectfully request that the Court maintain the stay in this action and set a deadline of January 20, 2022 for the Parties to file a Joint Report to update the Court on the status of the Parties' settlement processing through the Alameda County Superior Court. Plaintiff will seek dismissal of this action if the Alameda County Superior Court grants final approval of the settlement.

///
///
///
///

|     |     |
| --- | --- |
|     | Respectfully submitted,<br>COHELAN KHOURY & SINGER |
| Dated: November 16, 2021 | By  /s/ *J. Jason Hill*<br>J. Jason Hill<br>Attorneys for Plaintiff JASMINE MILLER |
|     | MORGAN, LEWIS & BOCKIUS LLP |
| Dated: November 16, 2021 | By  /s/ *Brian D. Fahy*<br>John S. Battenfeld<br>Brian D. Fahy<br>Attorneys for Defendant AMAZON.COM LLC |

**Attestation Regarding Signatures**

I, J. Jason Hill, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

|     |     |
| --- | --- |
|     | COHELAN KHOURY & SINGER |
| Dated: November 16, 2021 | By  /s/ *J. Jason Hill*<br>J. Jason Hill<br>Attorneys for Plaintiff JASMINE MILLER |