**COHELAN KHOURY & SINGER**
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
J. Jason Hill (SBN 179630)
jhill@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

[Additional counsel listed on following page]
Counsel for Plaintiff Jasmine Miller

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
john.battenfeld@morganlewis.com
Brian D. Fahy (SBN 266750)
Brian.Fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500/ Fax: (213) 612-2501

Attorneys for Defendant Amazon Logistics, Inc., incorrectly sued as AMAZON.COM, LLC

IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: April 15, 2022

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>AMAZON.COM, LLC, a Delaware Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 17-CV-03488-MMC<br><br>**CLASS ACTION**<br><br>**JOINT REPORT REGARDING STATUS OF PENDING ALAMEDA COUNTY SUPERIOR COURT CLASS AND PAGA REPRESENTATIVE ACTION SETTLEMENT**<br><br>Complaint filed: April 11, 2017<br>Removal date: June 15, 2017<br>Trial Date: None set |

1  **LAW OFFICES OF RONALD A. MARRON, APLC**
2  Ronald A. Marron (SBN 175650)
   ron@consumersadvocates.com
3  651 Arroyo Drive
   San Diego, CA 92103
4  Tel:   (619) 696-9006
5  Fax:   (619) 564-6665

6  Counsel for Plaintiff Jasmine Miller, individually and
7  on behalf of all others similarly situated

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the Court's January 21, 2022 Order maintaining stay (*see* Dkt No. 104), Plaintiff Jasmine Miller ("Plaintiff") and Defendant Amazon Logistics, Inc. (incorrectly sued as Amazon.com LLC) ("Defendant") (together as "the Parties"), by and through their respective counsel, submit the following Joint Report:

The Parties attended a mediation in San Francisco with Tripper Ortman on September 18, 2019. On October 1, 2019, the Parties reached an agreement in principle to settle this case. As the contemplated settlement encompasses not only the claims in this matter but also claims in a related PAGA action filed by Plaintiff Miller against Defendant that is pending in Alameda County Superior Court (Case No. RG17856888), the Parties agreed to amend the complaint in the Miller PAGA action to add the claims alleged herein so that the Alameda Superior Court can process the settlement encompassing the claims in both actions.

In that regard, Judge Frank Roesch of the Alameda County Superior Court granted Plaintiff's unopposed Motion for Final Approval of Class and PAGA Action Settlement on January 13, 2022. Defendants were to fund the settlement, including an amount necessary to cover the employer's portion of payroll taxes associated with the portion of the settlement payments allocated to wages, by April 4, 2022, but encountered certain issues with respect to the required California wage reporting requirement. The Parties stipulated to and the Court granted an extension of the settlement funding, disbursement deadlines, and Compliance hearing as follows:

    A.    Settlement Funding    :    April 25, 2022
    B.    Disbursement Date    :    May 10, 2022
    C.    Compliance Hearing    :    December 15, 2022

Upon completion of the December 15, 2022 Compliance Hearing and entry of Judgment, the Parties will request dismissal of this action.

The Parties respectfully request that the Court maintain the stay in this action and set a deadline of December 16, 2022 for the Parties to file a Joint Report to update the Court on

///

///

the status of the Parties' settlement processing through the Alameda County Superior Court and to request dismissal of this action.

Respectfully submitted,
COHELAN KHOURY & SINGER

Dated: April 15, 2022

By /s/ *J. Jason Hill*
J. Jason Hill
Attorneys for Plaintiff JASMINE MILLER

MORGAN, LEWIS & BOCKIUS LLP

Dated: April 15, 2022

By /s/ *Brian D. Fahy*
John S. Battenfeld
Brian D. Fahy
Attorneys for Defendant AMAZON.COM LLC

## **Attestation Regarding Signatures**

I, J. Jason Hill, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

COHELAN KHOURY & SINGER

Dated: April 15, 2022

By /s/ *J. Jason Hill*
J. Jason Hill
Attorneys for Plaintiff JASMINE MILLER