**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

[Additional counsel listed on following page]
Counsel for Plaintiff Jasmine Miller

**MORGAN, LEWIS & BOCKIUS LLP**
John S. Battenfeld (SBN 119513)
john.battenfeld@morganlewis.com
Tuyet T. Nguyen (SBN 256431)
tuyet.nguyen@morganlewis.com
Brian D. Fahy (SBN 266750)
Brian.Fahy@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500/ Fax: (213) 612-2501

Attorneys for Defendant Amazon Logistics, Inc.,
incorrectly sued as AMAZON.COM, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>Defendants. | Case No. 17-CV-03488-MMC<br><br>**CLASS ACTION**<br><br>**JOINT REPORT REGARDING STATUS OF PENDING ALAMEDA COUNTY SUPERIOR COURT CLASS AND PAGA REPRESENTATIVE ACTION SETTLEMENT**<br><br>Complaint filed: April 11, 2017<br>Removal date: June 15, 2017<br>Trial Date: None set |

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

Counsel for Plaintiff Jasmine Miller, individually and
on behalf of all others similarly situated

Pursuant to the Court's April 15, 2022 Order maintaining stay (*see* Dkt No. 106), Plaintiff Jasmine Miller ("Plaintiff") and Defendant Amazon Logistics, Inc. (incorrectly sued as Amazon.com LLC) ("Defendant") (together as "the Parties"), by and through their respective counsel, submit the following Joint Report:

The Parties attended a mediation in San Francisco with Tripper Ortman on September 18, 2019. On October 1, 2019, the Parties reached an agreement in principle to settle this case. As the contemplated settlement encompasses not only the claims in this matter but also claims in a related PAGA action filed by Plaintiff Miller against Defendant that is pending in Alameda County Superior Court (Case No. RG17856888), the Parties agreed to amend the complaint in the Miller PAGA action to add the claims alleged herein so that the Alameda Superior Court can process the settlement encompassing the claims in both actions.

In that regard, Judge Frank Roesch of the Alameda County Superior Court granted Plaintiff's unopposed Motion for Final Approval of Class and PAGA Action Settlement on January 13, 2022. Defendants were to fund the settlement, including an amount necessary to cover the employer's portion of payroll taxes associated with the portion of the settlement payments allocated to wages, by April 4, 2022, but encountered certain issues with respect to the required California wage reporting requirement. The Parties stipulated to and the Court granted an extension of the settlement funding, disbursement deadlines, and Compliance hearing as follows:

| | | | |
|---|---|---|---|
| A. | Settlement Funding | : | April 25, 2022 |
| B. | Disbursement Date | : | May 10, 2022 |
| C. | Compliance Hearing | : | December 15, 2022 |

Judge Frank Roesch of the Alameda County Superior Court held the Compliance Hearing on December 15, 2022. The check cashing period for settlement payments expired on November 7, 2022. As uncashed settlement payments cannot be forwarded to the California Controller Unclaimed Property Fund until October 2023, Judge Roesch declined to enter Judgment until the settlement process can be completed, which is anticipated to be in June 2024. Judge Roesch invited the Parties to consider forwarding the unclaimed funds to a

1

cy pres and set a Case Management Conference for January 13, 2023 to discuss.

The Parties respectfully request that the Court maintain the stay in this action and set a deadline of January 31, 2023 for the Parties to file a Joint Report to update the Court on the status of the Parties' settlement processing through the Alameda County Superior Court.

Respectfully submitted,
COHELAN KHOURY & SINGER

Dated: December 15, 2022 By /s/ *Isam C. Khoury*
        Isam C. Khoury
       Attorneys for Plaintiff JASMINE MILLER

MORGAN, LEWIS & BOCKIUS LLP

Dated: December 15, 2022 By /s/ *Brian D. Fahy*
        Brian D. Fahy
       Attorneys for Defendant AMAZON.COM LLC

## Attestation Regarding Signatures

I, Isam C. Khoury, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

COHELAN KHOURY & SINGER

Dated: December 15, 2022 By /s/ *Isam C. Khoury*
        Isam C. Khoury
       Attorneys for Plaintiff JASMINE MILLER

**PROOF OF SERVICE**

*Miller v. Amazon.com, LLC, et al.*

U.S.D.C. Case No. 17-CV-03488-MMC

I, Karla Sousa, declare as follows:

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action. My business address is 605 C Street, Suite 200, San Diego, CA 92101. On December 15, 2022, I instituted service of the foregoing document(s) described as:

**JOINT REPORT REGARDING STATUS OF PENDING ALAMEDA COUNTY SUPERIOR COURT CLASS AND PAGA REPRESENTATIVE ACTION SETTLEMENT**

on the following parties:

| **Counsel for Defendant** | **Co-counsel for Plaintiff** |
|---|---|
| John S. Battenfeld, Esq. | Ronald A. Marron, Esq. |
| Tuyet T. Nguyen Lu, Esq. | Michael T. Houchin, Esq. |
| Brian D. Fahy, Esq. | Lilach Halperin, Esq. |
| MORGAN, LEWIS & BOCKIUS LLP | Regina Pineda, Esq. |
| 300 South Grand Avenue | LAW OFFICES OF RONALD A. MARRON |
| Twenty-Second Floor | 651 Arroyo Drive |
| Los Angeles, CA 90071-3132 | San Diego CA 92103 |
| john.battenfeld@morganlewis.com | ron@consumersadvocates.com |
| tuyet.nguyen@morganlewis.com | mike@consumeradvocates.com |
| brian.fahy@morganlewis.com | lilach@consumeradvocates.com |
| | regina@consumeradvocates.com |
| Andrea L. Fellion, Esq. | |
| Amy A. McGeever, Esq. | |
| MORGAN, LEWIS & BOCKIUS LLP | |
| One Market, Spear Street Tower | |
| San Francisco, CA 94105 | |
| andrea.fellion@morganlewis.com | |
| amy.mcgeever@morganlewis.com | |

in the following manner:

Submitting an electronic version of the document(s) via portable document format (PDF) to the court at https://ecf.cand.uscourts.gov.; Service will be deemed effective as provided for by Civil Local Rule 5-1 of the District Court of California, Northern District.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service is made.

Executed December 15, 2022, at San Diego, California.

*Karla Sousa*
Karla Sousa