**COHELAN KHOURY & SINGER**
Isam C. Khoury (SBN 58759)
ikhoury@ckslaw.com
Michael D. Singer (SBN 115301)
msinger@ckslaw.com
605 C Street, Suite 200
San Diego, CA 92101
Tel: (619) 595-3001/Fax: (619) 595-3000

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (SBN 175650)
ron@consumersadvocates.com
651 Arroyo Drive
San Diego, CA 92103
Tel: (619) 696-9006/Fax: (619) 564-6665

Counsel for Plaintiff Jasmine Miller

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JASMINE MILLER, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br>v.<br><br>AMAZON.COM, LLC, a Delaware Limited Liability Company; and DOES 1 through 500, inclusive,<br><br>         Defendants. | Case No. 17-CV-03488-MMC<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint filed:  April 11, 2017<br>Removal date:    June 15, 2017<br>Trial Date:      None set |

1  Based on the Parties' Joint Stipulation to Dismiss this action with prejudice, and good cause appearing
2  in support thereof, the Court dismisses this action in its entirety with prejudice.
3  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  February 28   , 2023

_____
Hon. Maxine M. Chesney
United States Magistrate Judge